

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
6/11/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**BC**

**QR**



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s)  Maksim Anokhin )
)
)
v. )
)
)
Defendant(s  Northern Illinois University )

Case Number:

Judge:

**1:25-cv-06515**
**Judge Thomas M. Durkin**
**Magistrate Judge Maria Valdez**
**RANDOM/ CAT. 2**

### MOTION FOR ATTORNEY REPRESENTATION
**(NOTE: Failure to complete all items may result in the denial of this motion. )**

1.  I, _MAKSIM ANOKHIN_ ✓ , declare that I am the (check appropriate box)
☑ plaintiff  ☐ defendant in this case and that I am unable to afford the services of an
attorney. I hereby ask the Court for an attorney to represent me in this case.

2.  I declare that I have contacted the following attorneys/organizations seeking representation:
**(NOTE: This item must be completed.)**

Janie O'Connor (PSLS); Barry A. Gomebr; Betty Tsamis; Patrick Dolan; Peter M. LaSorsa

but I have been unable to find an attorney because:

I do only part-time job and do not work in my field. Because of it, I can not afford a retainer and fees.
Prarie State Legal Services (Attorney Jamie O'Connor, PSLS) not able to assist me.

3.  I declare that (check all that apply):
*(Now:)*
☑  I *am not* currently represented by an attorney requested by the Court in any federal
criminal or civil case.

OR
☐  I *am* currently represented by an attorney requested by the Court in a federal criminal
or civil case. The case is described on the back of this page.

*(Earlier:)*
☑  I *have not* previously been represented by an attorney requested by the Court in any
federal criminal or civil case.

OR
☐  I *have* previously been represented by an attorney requested by the Court in a federal
criminal or civil case. The case is described on the back of this page.

4.  I declare that (check one):
☑  I have attached an original Application for Leave to Proceed *In Forma Pauperis*
detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☐ I declare that my highest level of education is (checkone):

☐ Grammar school  ☐ Somehigh school  ☐ High school graduate
☐ Some college  ☐ College graduate  ☑ Post-graduate

6. ☑ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only ifapplicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Movant

133 W 145 st apt 22
Street Address

New York, New York, 10039
City, State, Zip

6/10/2025
Date

Other cases in which an attorney requested by this Court has represented me:

Case Name: _____ Case No.: _____
Attorney's Name: _____ This case is still pending ☐ Yes ☐ No
The appointment was limited to settlement assistance: ☐ Yes ☐ No
Case Name: _____ Case No.: _____
Attorney's Name: _____ This case is still pending ☐ Yes ☐ No
The appointment was limited to settlement assistance: ☐ Yes ☐ No
Case Name: _____ Case No.: _____
Attorney's Name: _____ This case is still pending ☐ Yes ☐ No
The appointment was limited to settlement assistance: ☐ Yes ☐ No

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]