[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
6/12/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

)
)
Plaintiff )   **Case Number**:
)
v. )   **Judge**:
)
)   **Magistrate Judge**:
Defendant )

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**State of Illinois**
**Department of Human Rights**

**COMPLAINANT INFORMATION SHEET**
(For All Cases **not** related to Housing Discrimination)

Office Use Only: Control No: 24M0213.10   Inv. Init.   Date: _____

**Instructions:** Read this entire form carefully before completing. Answer all questions and use additional sheets if necessary. This form must be signed and dated on page 4, and postmarked or received by IDHR within **300 days** of the date of the alleged discrimination. **THIS IS NOT A FORMAL CHARGE.** IDHR must determine if Illinois law covers your complaint before we can investigate. If IDHR accepts your claim, we will send you a formal charge document for signature. Return the form by email to IDHR.Intake@illinois.gov or by mail, fax or in person to IDHR.

**NOTE:** If your alleged complaint of discrimination is related to Housing, e.g., in buying or renting a house or apartment, or experiencing a refusal to a request to modify your housing, please STOP and fill out an **IDHR Housing Complainant Information Sheet (CIS).**

### 1. COMPLAINANT INFORMATION
This is you, i.e. the person filing the charge and who alleges they were discriminated against.

- Name: Maksim Anokhin
- Phone No: 8157645600
- Alt. Phone No:
- Address: 1350 N Merridian Street
- Apt No: 414
- City, State, ZIP: Indianapolis, 46202
- E-Mail: anokhinmv@gmail.com
- ☑ E-Mail Consent: By checking this box, I consent to service of notices by IDHR via electronic mail.

Please provide the following information for statistical purposes only.

- Country of National Origin: Ukraine
- Date of Birth: 02/10/1983
- Sex: Male

### 2. WHO CAN WE CALL IF WE CANNOT CONTACT YOU?
Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

- First Contact Name:
- Phone No:
- Address:
- City:
- State:
- ZIP:
- Second Contact Name:
- Phone No:
- Address:
- City:
- State:
- ZIP:

### 3. RESPONDENT INFORMATION
Write out the full legal name of the company or organization that you believe discriminated against you in Illinois (i.e. the Respondent). (Employer, Employment Agency, Financial Institution, Union, Place of Public Accommodation, School or University, etc.)

- Name: Northern Illinois University
- Address: 1425 W Lincoln Hwy
- City: Dekalb
- State: Il
- ZIP: 60115
- Phone No: 815-743-0446
- County: USA
- Website: niu.edu

### 4. WHAT IS YOUR RELATIONSHIP WITH THE RESPONDENT

- ☑ **EMPLOYMENT:** Respondent is my Employer / Former Employer / Potential Employer.
  - REQUIRED, IF EMPLOYMENT: If the Respondent is an employer, do they employ 15 or more employees in the United States? Yes ● No ○
- ☐ **FINANCIAL CREDIT:** Respondent is a Financial Institution, such as a bank or an insurance company, to which I applied for an account or line of credit.
- ☐ **PUBLIC ACCOMMODATIONS:** Respondent is a Public Entity or Place of Business, such as a Store, Restaurant, Public Park, Educational Program, or Public Official, and has denied me a service or access or has subjected me to pervasive harassment.
- ☑ **SEXUAL HARASSMENT IN EDUCATION:** Respondent is or represents an Educational Institution in which I (or my minor child) am currently, recently, or I have applied to be enrolled that I believe has sexually harassed me (or my minor child), or has retaliated against me (or my minor child) for reporting, opposing or for participating in an investigation of sexual harassment.

What type of business or organization is the Respondent? For example, a Private Employer, Public or Non-Profit Organization, Government, School or University (specify Public or Private, and grade level, etc., and your current enrollment status), Employment Agency, Municipality, Union, Bank, Insurance Company, Individual, etc.
University

Office Use Only
**DEPT. OF HUMAN RIGHTS**
**INTAKE DIVISION**
**FEB. 12, 2024**
**RECEIVED**
BY: _____

Illinois Department of Human Rights **COMPLAINANT INFORMATION SHEET**

### 5. DESCRIPTION OF THE ISSUES AND BASES YOU ARE REQUESTING IDHR TO INVESTIGATE

Each of your COMPLAINTS of discrimination must contain two (2) parts: the ISSUE and the BASIS.
- The ISSUE is the harm or action that was taken against you. (Such as being discharged from your employment or being denied access to a public service.)
- The BASIS is the legally protected class you believe is the reason for the action that was taken against you. Your complaint can have multiple bases.
- IDHR can only investigate ISSUES alleging one or more of the following specific BASES of discrimination:

- Age (+40)
- Ancestry/ National Origin
- Arrest Record
- Color (Skin Tone/Complexion)
- Disability (Physical or Mental)
- Marital Status
- Military Status
- Order of Protection Status
- Pregnancy
- Race
- Religion
- Sex
- Sexual Harassment
- Sexual Orientation / Gender Identity
- Unfavorable Military Discharge
- Citizenship Status
- Conviction Record
- Language
- Work Authorization Status

- Retaliation (for prior discrimination complaint or testified at discrimination hearing)

**1st COMPLAINT**: Describe the ISSUE/HARM (as described above). Be specific and concise.

Discharged from the enployment on FMLA. Harm of menthal health and career. Financial, career and reputational losses. Particular harm: I do have a flash backs at the laboratorty. I can't work in the lab anymore. Such a consiquence of toxic and hostile work envioremet caused my PTDS I am dealing with. The work envioriment was a toxic literaly, also, due to inapropriate ventialtion. Thus, I have worked in dangerous, toxic and damaging work envioriment at the Northern Illinois University under direct supervision Professor E. E. Nesterov. I have developed additional symptom: diareea due to stress at work and alergies. Loose of benefits.

BASIS: (as described above) Sex and Sexual orientation | Date(s) of ISSUE/HARM: March 2023 and before

Name and Job Title of the person who committed the action or gave you this information:
Evgueni E. Nesterov Professor, Department Chemistry and Biochemistry

Why do you feel discriminated against because of the BASIS you have identified, or how has this action created a hostile or offensive environment?
He does behave inapropreately all the time and toched my body (back and butts). He did it on purpose and I do feel dicriminated and humilitaed. He also multiple times allowed hateful comments and actions agains me as openly gay man and LGBTQ community.Toxic and hostile work envioriment was created due to personal hateful attitues Professor E. E. Nesterov and his misrepresentation of me.

**2nd COMPLAINT**: Describe the ISSUE/HARM (as described above). Be specific and concise.
Discharged from the enployment on FMLA. Harm of menthal health and career. Financial, career and reputational losses. From the begining of my stay at NIU, my national origin was discarded (including appropriate paperwork by NIU Administration) which resulted in my discrimination and misrepresentation. As well as caused financial and reputational losses. Loose of benefits.

BASIS: (as described above) National origin | Date(s) of ISSUE/HARM: 2019-2023, October 13, 2023

Name and Job Title of the person who committed the action or gave you this information:
Evgueni E. Nesterov, Professor, Department Chemistry and Biochemistry. Cathy Doederlien, Director Emploee Experience. John Acardo, Senior Associated Vice President of Human Resource Service and Chief Human resources Officer.

Why do you feel discriminated against because of the BASIS you have identified, or how has this action created a hostile or offensive environment?
Professor Nesterov and NIU, upon hiring me ,discharged my national origin. Cathy Doederlien (University Administration) did not allowed me to participate in the Coference RASA2023 (on October 2023). I was born in the Ukraine and my relatives are touched/involved in the war and that is why I do feel discriminated. Such a envioremeent are hostile and offencive for me.

### 6. IF YOU HAVE BEEN EMPLOYED BY THE RESPONDENT, PLEASE FILL IN THE FOLLOWING:

Your Job Title: Postdoctoral researcher | Supervisor: Evgueni E. Nesterov

Please use additional sheets as necessary to provide the above information for each complaint.

Illinois Department of Human Rights

**COMPLAINANT INFORMATION SHEET**

## 7A. If you are filing based on SEXUAL HARASSMENT:

Name of the harasser: Evgueni E. Nesterov

Job Title of harasser: Professor

Address: 36W726 Crane Rd, St. Charles

City: St. Charles | State: Il | ZIP: 60175 | Phone No: 815-753-6844

Do you want the sexual harasser charged separately as an additional Respondent? ●Yes ○No

Identify the date(s) and describe the action(s) taken against you. Use additional sheets, if necessary. Common examples include: Unwelcome sexual advances, Requests for sexual favors, Quid pro quo (actions contingent upon sexual conduct) or creating a hostile or offensive environment.

03/2023. Professor Nesterov does behaved inappropriately all the time and took absolutely unwelcome sexual advantage over me. He does spread legs, behaved inappropriately on stair and in the bathroom. He does touch my butts. In June and July his behavior was especially harassing and aggressive. Also, aggressive behavior was continued after my discharge.
05/2023 Professor Ryzhov does behaved inappropriately.

When and how did you reject the conduct or make it known that the conduct was unwelcome?

I always rejected misconduct of E. Nesterov. I complained to Dean R. Brinkman. I have complained to NIU's President Lisa Freeman. I have reped about unappropriated behavior of my supervisors to Ethics and Compliance office at NIU. I received the Order of Protection against my supervisor

## 7B. If you are filing based on PHYSICAL DISABILITY or MENTAL DISABILITY:

Describe your medically diagnosed disability/disabilities. Explain when and how the Respondent learned about your disability/disabilities:

HIV; Respondent learned about my diagnosis on June-Jully 2019 when I took additional time for management of my conditions. My direct supervisor was very dissatisfied when I have asked an additional time for management of my life-time conditions. I also been rejected /manipulated with FMLA on July, before major dental surgery. It was really stressful due to overlapping stress. Actually, both, Nesterov and Ryzhov were notified about planned dental surgery on summer semester.

## 7C. If you are filing based on RETALIATION:

Name of the retaliator: Evgueni E. Nesterov | Job Title of retaliator: Professor

Was the retaliation against you within the normal job duties of the retaliator? ●Yes ○No
NOTE: If "Yes", IDHR does not have jurisdiction over the individual retaliator.

If "No", do you want the retaliator charged separately as an additional Respondent? ●Yes ○No

Provide contact information for the retaliator. | Address: 202 Normal Road, La Tourette Hall office 318

City: Dekalb | State: Il | ZIP: 60115 | Phone No: 815-753-6844

State how you opposed unlawful discrimination: (i.e., testified at a discrimination hearing, filed a prior discrimination complaint, or complained about unlawful discrimination). Include dates, charge numbers, and/or the name or title of the person to whom you complained.

I reported to the NIU Police(#23-13383),Ethics and Compliance office at NIU, I have requested and received the CIVIL NON CONTACT ORDER (Case#2023OP000417);EEOC Charge 440-2023-08313.Staff Att. Jamie O'Conor, joconnor@pslegal.org

## 7D. If your complaint involves DENIAL OF FINANCIAL CREDIT:
Explain your understanding of the qualifications necessary to obtain credit from the institution, and how you met those qualifications:

## 8. HAVE YOU FILED A GRIEVANCE OR COMPLAINT INTERNALLY WITH THIS RESPONDENT?
(Such as a Human Resources Department, Manager, Customer Service Center, Union, Advocacy Group, or Guidance Counselor)

If "Yes", to whom did you submit the complaint (name and job title), on what date(s), and what were the results of your complaint thus far?

Yes. Dean Robert Brinkmann (robertbrinkmann@rocketmail.com,10/11/22); Ombudsperson Sandra Cox (scox1@niu.edu; 05/2023) resulted in investigation. 06/2023: Manuel Valdez (mvaldez2@niu.edu), Sarah Garner (Ethics and Compliance Officer Title IX Coordinator; TitleIXCoordinator@niu.edu, 815-753-5560); SafePassage (Kelsey Gettle, kgettle@safepassagedv.org)

## 9. HAVE YOU FILED A PREVIOUS CHARGE AGAINST THIS RESPONDENT WITH IDHR OR ANOTHER INVESTIGATORY AGENCY OR COMMISSION? (Such as the EEOC, US Dept. of Education, or the US Dept. of Labor)

●Yes ○No  If "Yes", when? June 2023 | Charge Number(s): 440-2023-08313

You must sign and date the last page of this form

CIS-U. 8/2023

Page 3 of 4

Illinois Department of Human Rights

**COMPLAINANT INFORMATION SHEET**

| | |
|---|---|
| **10. MEDIATION:** IDHR offers free mediation, where a neutral person will talk to you and the Respondent to see if your complaint can be resolved before an investigation. If both parties agree to participate, mediation may resolve your case faster. Mediation conferences are held at IDHR's Chicago office or virtually/online. If the case is not resolved at Mediation, the case will be investigated. | |
| Are you interested in Mediation?    Yes ☐    No ☐ | Learn more about IDHR's **Mediation Program** at **dhr.illinois.gov** |

**11. ASSISTANCE:** Do you need special assistance from IDHR to communicate with you about this matter?

☐ Non-English language or sign language interpreter (specify language)_____

☐ Disability assistance (specify assistance)_____

☐ Other (specify)_____

**IDHR Notice of Accessibility**

IDHR is accessible to persons with disabilities in compliance with the ADA and the Rehabilitation Act of 1973. A person needing an accommodation to participate in IDHR programs should contact the ADA Coordinator at: 312-814-6262, 866-740-3953 (TTY), or e-mail IDHR.ADA@illinois.gov. IDHR provides interpreters upon request for sign language and for languages other than English. If a party chooses to use their own interpreter, the interpreter must be at least 18 years of age and able to communicate effectively in both languages. For information, email IDHR.LEP@illinois.gov.

**Notice to complainant on release of identity and personal information**

The Illinois Human Rights Act ("Act"), 775 ILCS 5/1-101 *et seq.*, and IDHR's Rules and Regulations, 56 Ill. Admin. Code, Ch. II, Section 2520.330, require a charge to contain certain information in such detail as to substantially apprise the parties of the time, place, and facts with respect to the alleged civil rights violation. Pursuant to IDHR's Rules and Regulations (2 Ill. Admin Code, Ch. X, Section 926.210), anyone who submits information to IDHR in connection with a discrimination charge should take notice and be aware of the following. During IDHR's investigation:

(a) All contents and files maintained by IDHR pertaining to charges shall be confidential and not subject to public disclosure. Relevant exceptions are:
 (1) the parties and non-parties to a charge may inspect the file at any time subsequent to the written notice of substantial evidence, default, or dismissal, administrative closure, or approval of terms of settlement by the Human Rights Commission ("Commission");
 (2) after the filing of a Complaint with the Commission or the institution of judicial proceedings involving a charge, the Director may release information pertaining to the charge if such information is requested of IDHR or if the Director finds such information newsworthy, useful in education or training, relevant to an issue before the General Assembly, or similarly appropriate for disclosure.

(b) Authorized personnel within IDHR analyze information that IDHR collects. This information may include personal information. IDHR staff may need to reveal some of the personal information to individuals outside the office in order to verify facts related to the charge, or to discover new facts which will help IDHR to determine whether the law has been violated. IDHR may need to disclose to Respondent correspondence that IDHR receives from Complainant or other sources.

(c) After the completion of the investigation, IDHR may release the investigation file, which includes the identity and personal information of the parties pursuant to a Freedom of Information Act ("FOIA") request, a subpoena or a court order, and information submitted to or obtained by IDHR may also be revealed to persons outside of IDHR to enforce a Commission Order or a settlement agreement.

(d) No person is required to file a charge with IDHR and reveal personal information to IDHR; however, if a person files a charge and IDHR cannot obtain the information needed to fully investigate the allegations in the charge, IDHR may close the case.

**CONSENT AGREEMENT AND RELEASE**

I have read the provided "Notice to Complainant" and I understand that:

1) If my charge is regarding employment, IDHR may also file my charge of discrimination with EEOC if it has jurisdiction, and I authorize EEOC to look into the discrimination alleged above; 2) In the course of investigating my charge, IDHR will reveal my identity (including my name) and my personal information to named Respondent(s) in my charge to obtain facts and evidence regarding my charge; 3) I do not have to reveal my personal information to IDHR, but IDHR may close my charge if I refuse to reveal information needed to fully investigate my charge; 4) IDHR may be required by law, subpoena, court order, and/or FOIA request to disclose my charge and information in IDHR's investigation file concerning my charge to persons outside of IDHR.

If IDHR takes a charge based on the information provided, I consent for IDHR to disclose my identity and personal information as necessary to process and investigate my charge, and I release IDHR from any liability whatsoever concerning disclosure of my identity and any personal information I provided to IDHR or IDHR obtained in processing my charge.

**My signature below verifies the accuracy of the information provided herein and my consent and release as indicated above.**

Print Name MAKSIM ANOKHIN    Signature [signature]    Date 10/21/2024

NOTE: If there is certain personal information you would like withheld, please discuss your concern with an Intake supervisor.

Explore Frequently Asked Questions online at dhr.illinois.gov/filing-a-charge/faq-home.html

Illinois Department of Human Rights

**COMPLAINANT INFORMATION SHEET**

**10. MEDIATION:** IDHR offers free mediation, where a neutral person will talk to you and the Respondent to see if your complaint can be resolved before an investigation. If both parties agree to participate, mediation may resolve your case faster. Mediation conferences are held at IDHR's Chicago office or virtually/online. If the case is not resolved at Mediation, the case will be investigated.

Are you interested in Mediation?  ○ Yes  ● No          Learn more about IDHR's Mediation Program on our website.

**11. ASSISTANCE:** Do you need special assistance from IDHR to communicate with you about this matter?

☐ Non-English language or sign language interpreter (specify language)_____

☐ Disability assistance (specify assistance)_____

☑ Other (specify) due to non-immigrant status, I need an especial elucidation of my rights

**IDHR Notice of Accessibility**

IDHR is accessible to persons with disabilities in compliance with the ADA and the Rehabilitation Act of 1973. A person needing an accommodation to participate in IDHR programs should contact the ADA Coordinator at: 312-814-6262, 866-740-3953 (TTY), or e-mail IDHR.ADA@illinois.gov. IDHR provides interpreters upon request for sign language and for languages other than English. If a party chooses to use their own interpreter, the interpreter must be at least 18 years of age and able to communicate effectively in both languages. For information, email IDHR.LEP@illinois.gov.

**Notice to complainant on release of identity and personal information**

The Illinois Human Rights Act ("Act"), 775 ILCS 5/1-101 *et seq.*, and IDHR's Rules and Regulations, 56 Ill. Admin. Code, Ch. II, Section 2520.330, require a charge to contain certain information in such detail as to substantially apprise the parties of the time, place, and facts with respect to the alleged civil rights violation. Pursuant to IDHR's Rules and Regulations (2 Ill. Admin Code, Ch. X, Section 926.210), anyone who submits information to IDHR in connection with a discrimination charge should take notice and be aware of the following. During IDHR's investigation:

(a) All contents and files maintained by IDHR pertaining to charges shall be confidential and not subject to public disclosure. Relevant exceptions are:
(1) the parties and non-parties to a charge may inspect the file at any time subsequent to the written notice of substantial evidence, default, or dismissal, administrative closure, or approval of terms of settlement by the Human Rights Commission ("Commission");
(2) after the filing of a Complaint with the Commission or the institution of judicial proceedings involving a charge, the Director may release information pertaining to the charge if such information is requested of IDHR or if the Director finds such information newsworthy, useful in education or training, relevant to an issue before the General Assembly, or similarly appropriate for disclosure.
(b) Authorized personnel within IDHR analyze information that IDHR collects. This information may include personal information. IDHR staff may need to reveal some of the personal information to individuals outside the office in order to verify facts related to the charge, or to discover new facts which will help IDHR to determine whether the law has been violated. IDHR may need to disclose to Respondent correspondence that IDHR receives from Complainant or other sources.
(c) After the completion of the investigation, IDHR may release the investigation file, which includes the identity and personal information of the parties pursuant to a Freedom of Information Act ("FOIA") request, a subpoena or a court order, and information submitted to or obtained by IDHR may also be revealed to persons outside of IDHR to enforce a Commission Order or a settlement agreement.
(d) No person is required to file a charge with IDHR and reveal personal information to IDHR; however, if a person files a charge and IDHR cannot obtain the information needed to fully investigate the allegations in the charge, IDHR may close the case.

**CONSENT AGREEMENT AND RELEASE**

I have read the provided "Notice to Complainant" and I understand that:

1) If my charge is regarding employment, IDHR may also file my charge of discrimination with EEOC if it has jurisdiction, and I authorize EEOC to look into the discrimination alleged above; 2) In the course of investigating my charge, IDHR will reveal my identity (including my name) and my personal information to named Respondent(s) in my charge to obtain facts and evidence regarding my charge; 3) I do not have to reveal my personal information to IDHR, but IDHR may close my charge if I refuse to reveal information needed to fully investigate my charge; 4) IDHR may be required by law, subpoena, court order, and/or FOIA request to disclose my charge and information in IDHR's investigation file concerning my charge to persons outside of IDHR.

If IDHR takes a charge based on the information provided, I consent for IDHR to disclose my identity and personal information as necessary to process and investigate my charge, and I release IDHR from any liability whatsoever concerning disclosure of my identity and any personal information I provided to IDHR or IDHR obtained in processing my charge.

**My signature below verifies the accuracy of the information provided herein and my consent and release as indicated above.**

Print Name: Maksim V. Anokhin     Signature: daf8998e-bfd8-4cc3-a904-543423fbeab6 (Digitally signed by daf8998e-bfd8-4cc3-a904-543423fbeab6 Date: 2024.02.12 11:11:41 -05'00')     Date: 02/12/2024

NOTE: If there is certain personal information you would like withheld, please discuss your concern with an Intake supervisor.