## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Maksim Anokhin

                              Plaintiff,

v.                                                         Case No.: 1:25−cv−06515
                                                                Honorable Thomas M. Durkin

Northern Illinois University

                              Defendant.

### DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [8]. (vjd, )