FILED
6/16/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

25CV50268

JUDGE JOHNSTON
MAGISTRATE JUDGE IASPARRO

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Maksim Anokhin

                    Plaintiff,

v.                                    Case No.: 1:25−cv−06515
                                    Honorable Thomas M. Durkin

Northern Illinois University

                    Defendant.

**DIVISIONAL TRANSFER NOTICE**

DIVISIONAL TRANSFER Notice. Case transferred to Western Division − Rockford. Pursuant to transfer order: [8]. (vjd, )